```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/10/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABRAHAM STIMMEL,

                Plaintiff,

-against-

EQUIFAX INFORMATION SERVICES, LLC,
and NEW YORK COMMUNITY BANK,

                Defendants.

1:23-cv-1610 (MKV)

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

      The Court is in receipt of a letters filed by Plaintiff informing the Court that the parties have reached a settlement in principle [ECF Nos. 14, 15]. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the parties are unable to memorialize their settlement in writing and as long as the application to restore the action is made by December 1, 2023. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

      The status conference scheduled for November 8, 2023 is adjourned sine die. The Clerk of Court is respectfully requested to terminate docket entry 10.

**SO ORDERED.**

Date: October 10, 2023
      New York, NY

*(signed)* Mary Kay Vyskocil
**MARY KAY VYSKOCIL**
**United States District Judge**